UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE VAN BUREN, | No. 2:13-cv-1192 KJN P |
| Plaintiff, | |
| v. | ORDER |
| DOLLY MATTEUCCI, et al., | |
| Defendants. | |

This action, sounding both in civil rights and habeas corpus, was closed on August 9, 2013, after review of plaintiff's First Amended Complaint. Due to the lack of coherence in plaintiff's allegations, the court waived any filing fee. Since that date, plaintiff has filed a request for settlement (ECF No. 11), a petition for writ of habeas corpus (ECF No. 12), another motion to proceed in forma pauperis (ECF No. 13), and consent to proceed before the undersigned magistrate judge (ECF No. 14.) These documents have been disregarded. Plaintiff now files a request for status. (ECF No. 15.)

Plaintiff is hereby informed that this case remains closed for the reasons stated in the court's order filed August 9, 2013. (ECF No. 9.) Any further documents filed in this action will be disregarded; no further orders will issue in response to any future filings. Moreover, plaintiff is admonished that failure to abide by this directive may result in the imposition of sanctions. See Local Rule 110 ("Failure of . . . a party to comply with these Rules or with any order of the Court

1  may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule
2  or within the inherent power of the Court."). If plaintiff has a bono fide claim to pursue, he must
3  do so in a new action.

4    For these reasons, IT IS HEREBY ORDERED that:

5    1. This case remains closed.

6    2. Plaintiff is informed that further filings in this action may result in the imposition of
7  sanctions.

8    3. The Clerk of Court is directed to send plaintiff a copy of this court's order filed August
9  9, 2013 (ECF No. 9), together with service of this order.

10    SO ORDERED.

11  Dated: March 19, 2014

13  /vanb1192.58.admon

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE